AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas



United States District Court
Southern District of Texas
**FILED**
MAY 23 2017
, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Guillermo CARDENAS-Sanchez, AKA: Gilberto MENERA-Sanchez YOB: 1970, COC: Mexico | ) ) ) ) | Case No. M-17-0914-M |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 25, 2015__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 952 21 USC 963 21 USC 841 21 USC 846 | Knowingly and intentionally attempt to import into the United States from the United Mexican States approximately 26.2 kilograms (KGs) of methamphetamine, a Schedule II controlled substance, and did knowingly and intentionally possess with the intent to distribute approximately 26.2 KGs of methamphetamine, a Schedule II controlled substance. Furthermore, the defendant did knowingly and unlawfully conspire to possess with intent to distribute and import the above listed controlled substance. |

This criminal complaint is based on these facts:

✓ Continued on the attached sheet.

Approved to file:
_____
AUSA

_____
Complainant's signature

Gerardo Mercado, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/23/2017

_____
Judge's signature

City and state: McAllen, Texas

Dorina Ramos, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT A

I. On or about July 25, 2015, U.S. Customs and Border Protection Officers (CBPOs) encountered and detained an individual (hereinafter referred to as **Defendant 1**) attempting to smuggle approximately 26.2 kilograms of methamphetamine in a vehicle via the Pharr, Texas Port of Entry (Pharr POE).

II. On or about July 25, 2015, Homeland Security Investigations Special Agents from McAllen, Texas (HSI McAllen SAs) interviewed **Defendant 1** and were able to identify a second co-conspirator (hereinafter referred to as **Defendant 2**) who assisted **Defendant 1** with the narcotics smuggling attempt via the Pharr POE. **Defendant 1** and **Defendant 2** admitted their participation with attempting to smuggle the approximately 26.2 kilograms of methamphetamine from Reynosa, Mexico to Houston, Texas. **Defendant 1** and **Defendant 2** were arrested by HSI SAs and prosecuted by the United States Attorney's Office, Southern District of Texas.

III. **Defendant 1 and Defendant 2** both identified **Guillermo CARDENAS-Sanchez**, AKA: Gilberto MENERA-Sanchez, as the facilitator who instructed them to smuggle the 26.2 kilograms of methamphetamine from Reynosa, Mexico to Houston, Texas.

IV. On or about February 22, 2017, HSI SAs interviewed **CARDENAS-Sanchez** in Houston, Texas. **CARDENAS-Sanchez** admitted he orchestrated the narcotics smuggling attempt that led to the arrest of **Defendant 1 and Defendant 2** at the Pharr POE on or about July 25, 2015.

V. HSI SAs were able to corroborate phone communications between **CARDENAS-Sanchez** and **Defendant 1/Defendant 2** during the narcotics smuggling activities on or about July 25, 2015. **CARDENAS-Sanchez** admitted he provided **Defendant 1** and **Defendant 2** instructions on or about July 25, 2015 via cellular phone.